**Order filed September 24, 2013**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00062-CR
_____

**ERICK LIONEL MILLER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 221st District Court
Montgomery County, Texas
Trial Court Cause No. 12-04-04401-CR

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's exhibit No. 2, a DVD.**

The clerk of the 221st District Court is directed to deliver to the Clerk of this court the original of State's exhibit No. 2, a DVD, on or before **October 8, 2013.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's exhibit No. 2, a DVD, to the clerk of the 221st District Court.

PER CURIAM